No. 43.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

**TITLE GUARANTEE & TRUST COMPANY, Appellant, v. Frank Collis BOWERS, Executor of the Last Will and Testament of Frank K. Bowers, Deceased, Collector of Internal Revenue of the United States for the Second District of New York, Appellee.**

No. 79.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Joseph V. McKee, of New York City, for appellant.

F. W. H. Adams, U. S. Atty., of New York City (John F. Davidson, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Title Guarantee & Trust Co. v. Bowers, 67 F.(2d) 892 (C.C.A.2).